Robert L. Sterup
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
rsterup@brownfirm.com
*Attorneys for Defendant Unified Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTTER,<br><br>         Plaintiffs,<br><br>    vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br><br>         Defendants. | Cause No.: CV 17-50-SPW-TJC<br><br>**UNIFIED LIFE INSURANCE COMPANY's MOTION TO DISMISS COUNTS IV-X OF PLAINTIFFS' COMPLAINT<br>\*\*\*AND\*\*\*<br>To DISMISS CLAIMS OF CHOLE BUTLER<br>FED R. CIV. P. 12(b)(6) and Mont. Code Ann. 33-18-242(3)** |

COMES NOW Defendant Unified Life Insurance Company and respectfully moves to dismiss Counts IV-X of the Plaintiffs' Complaint, and to

1

dismiss all claims of Chole Butler, pursuant to Fed. R. Civ. P. 12(b)(6) and Mont. Code Ann. §33-18-242(3) *et seq*. Counsel for Plaintiffs has been contacted and objects to this Motion. This Motion is supported by the accompanying Memorandum of Law.

DATED this 5th day of June, 2017.

By:   /s/ Robert L. Sterup
Robert L. Sterup
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Unified Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2017, a copy of the foregoing was electronically filed and served on the following persons by the following means:

| | | | |
|---|---|---|---|
| _1-2_ | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| ____ | Mail | ____ | Overnight Delivery |

1. U.S District Court, Billings Division

2. John M. Morrison
   MORRISON SHERWOOD WILSON DEOLA PLLP
   401 North Last Chance Gulch
   P.O. Box 557
   Helena, MT 59624-0557
   *Attorney for Plaintiffs*


By: __/s/ Robert L. Sterup__
Robert L. Sterup
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Unified Life Insurance Company.*