LEE C. HENNING
JAMES T. MCCORMACK
HENNING, KEEDY & LEE, P.L.L.C.
723 5th Ave East, Suite 100
Kalispell, MT 59901
P: 406.752.7122
F: 406.752.3367
lee@grizzlylaw.com
jmccormack@grizzylaw.com

Attorneys for Defendants Health Plan Intermediaries Holdings, LLC,
d/b/a Health Insurance Innovations, Health Insurance Innovations, Inc.,
and The National Congress of Employers

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III AND CHOLE BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS, HEALTH INSURANCE INNOVATIONS, INC., ALLIED NATIONAL, INC., NATIONAL BROKERS OF AMERICA, INC., THE NATIONAL CONGRESS OF EMPLOYERS, INC., AND DOES 1-10,<br><br>Defendants. | Cause No.: CV 17-50-SPW-TJC<br><br>**HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC d/b/a HEALTH INSURANCE INNOVATIONS, HEALTH INSURANCE INNOVATIONS, INC., AND THE NATIONAL CONGRESS OF EMPLOYERS, INC.'S MOTION TO DISMISS COUNTS IV-X OF PLAINTIFFS' COMPLAINT**<br>\*\*\*AND\*\*\*<br>**To DISMISS CLAIMS OF CHOLE BUTLER**<br>**FED R. CIV. P. 12(b)(6) and Mont. Code Ann. 33-18-242(3)** |

COME NOW Defendants Health Plan Intermediaries Holdings, LLC d/b/a Health Insurance Innovations, Health Insurance Innovations, Inc., and the National Congress of Employers, and respectfully move the Court to dismiss Counts IV-X of the Plaintiffs' Amended Complaint, and to dismiss all claims of Chole Butler, pursuant to Fed. R. Civ. P. 12(b)(6) and Mont. Code Ann. §33-18-242(3), *et seq*. Counsel for Plaintiffs has been contacted and objects to this Motion. This Motion is supported by the accompanying Memorandum of Law.

Dated: July 24, 2017.

HENNING, KEEDY & LEE, P.L.L.C.


/s/ James T. McCormack
By: James T. McCormack
HENNING, KEEDY & LEE, P.L.L.C.
Attorneys for Defendants Health Plan Intermediaries Holdings, LLC,
d/b/a Health Insurance Innovations, Health Insurance Innovations, Inc.,
and The National Congress of Employers