Robert L. Sterup
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
rsterup@brownfirm.com
*Attorneys for Defendant Allied National, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTTER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br><br>Defendants. | Cause No.: CV 17-50-SPW-TJC<br><br>**UNIFIED LIFE INSURANCE COMPANY'S MOTION TO DISMISS SECOND AMENDED COMPLAINT COUNTS VII, X-XIV, AND CLAIMS OF CHOLE BUTLER** |

COMES NOW Defendant Unified Life Insurance Company and respectfully moves to dismiss the Second Amended Complaint Counts VII, X-XIV, and Claims

1

of Chole Butler, pursuant to Fed. R. Civ. P. 12(b)(6).  Counsel for Plaintiffs has been contacted and objects to this motion.  This motion is supported by accompanying memorandum of law.

DATED this 19th day of January, 2018.

By:   /s/ Robert L. Sterup
Robert L. Sterup
BROWN LAW FIRM, P.C.
*Attorneys for Defendant Allied National, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of January, 2018, a copy of the foregoing was electronically filed and served on the following persons by the following means:

| | | | |
|---|---|---|---|
| __1-2__ | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| ____ | Mail | ____ | Overnight Delivery |

1.  U.S District Court, Billings Division

2.  John M. Morrison
  MORRISON SHERWOOD WILSON DEOLA PLLP
  401 North Last Chance Gulch
  P.O. Box 557
  Helena, MT 59624-0557
  *Attorney for Plaintiffs*

2.  Lee C. Henning
  James T. McCormack
  HENNING, KEEDY & LEE, P.L.L.C.
  723 5th Ave East, Suite 100
  Kalispell, MT 59901
  *Attorneys for Defendant Health Plans Intermediaries Holdings, LLC d/b/a Health Insurance Innovations, Health Insurance Innovations, Inc., and The National Congress of Employers*

        By:   /s/ Robert L. Sterup
           Robert L. Sterup
           BROWN LAW FIRM, P.C.