UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JAN 1 9 2018

Clerk, U S District Court
District Of Montana
Billings

CV-17-50-BLG-SPW-TJC

CHARLES M. BUTLER, III and
CHOLE BUTLER ,

Plaintiff,

vs.

UNIFIED LIFE INSURANCE
COMPANY, HEALTH PLANS
INTERMEDIARIES HOLDINGS,
LLC, *D/B/A Health Insurance
Innovations,* ALLIED NATIONAL,
INC., NATIONAL BROKERS of
AMERICA, INC, THE NATIONAL
CONGRESS OF EMPLOYERS,
INC., HEALTH INSURANCE
INNOVATIONS, INC., and DOES
1-10,

Defendants.

ORDER

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the

Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 19th day of January, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge