IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHLOE BUTLER<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, doing business as Health Insurance Innovations, doing business as Health Insurance Innovations, Inc.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10<br>　　　　　　Defendants. | CV 17-50-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT PRELIMINARY PRETRIAL CONFERENCE** |

Defendants Health Plan Intermediaries Holdings, LLC, d/b/a Health Insurance Innovations, Health Insurance Innovations, Inc., and The National Congress of Employers, have filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 56.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Defendants' counsel, Lee C. Henning, may appear by telephone at the February 22, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's

conferencing system to participate in the Conference:

1. Dial 1-877-848-7030

2. Enter Access Code 5492555 #

DATED this 2nd day of February, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge