Robert L. Sterup
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
rsterup@brownfirm.com
*Attorneys for Defendants/Crossclaimants and*
*Third-Party Claimants Unified Life Insurance Company*
*And Allied National, Inc.*

## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER, | Cause No.: CV 17-50-SPW-TJC |
| Plaintiffs, | |
| vs. | |
| UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10, | **UNIFIED LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR PARTIAL DEFAULT JUDGMENT NATIONAL BROKERS OF AMERICA** |
| Defendants. | |
| UNIFIED LIFE INSURANCE COMPANY AND ALLIED NATIONAL, INC., | |

1

|  |  |
|---|---|
| Crossclaimants and Third-Party Claimants, | ) ) ) |
| vs. | ) ) ) |
| HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC. | ) ) ) ) ) ) ) |
| Crossclaim Defendant, | ) ) |
| and | ) ) |
| NATIONAL BROKERS OF AMERICA, INC., | ) ) ) ) |
| Crossclaim Defendant, | ) ) |
| and | ) ) |
| MULTIPLAN, INC. | ) ) ) |
| Third-Party Defendant. | ) ) |

COMES NOW Defendant/Crossclaimant Unified Life Insurance Company ("Unified") and respectfully moves for entry of Partial Default Judgment against National Brokers of America, Inc. ("NBoA"). This Motion is supported by accompanying Memorandum of Law. Counsel for all parties who have appeared have been contacted and have consented to this request. A proposed partial default judgment is provided herewith.

DATED this 19th day of December, 2018.

                        By:  /s/ Robert L. Sterup
                             Robert L. Sterup
                             BROWN LAW FIRM, P.C.
                             *Attorneys for Defendants,*
                             *Crossclaimants and Third-Party*
                             *Claimants Unified Life Insurance*
                             *Company and Allied National, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2018, a copy of the foregoing was electronically filed and served on the following persons by the following means:

| | | | |
|---|---|---|---|
| 1-4 | CM/ECF | ____ | Fax |
| ____ | Hand Delivery | ____ | E-Mail |
| ____ | Mail | ____ | Overnight Delivery |

1. U.S District Court, Billings Division

2. John M. Morrison
   MORRISON SHERWOOD WILSON DEOLA PLLP
   401 North Last Chance Gulch
   P.O. Box 557
   Helena, MT 59624-0557
   *Attorney for Plaintiffs*

3. Christopher C. Voigt
   Monique P. Voigt
   David F. Knobel
   Crowley Fleck PLLP
   500 Transwestern Plaza II
   P.O. Box 2529
   Billings, MT 59103-2529
   cvoigt@crowleyfleck.com
   mvoigt@crowleyfleck.com
   dknobel@crowleyfleck.com
   *Attorneys for Defendant Health Plans Intermediaries Holdings, LLC d/b/a Health Insurance Innovations, Health Insurance Innovations, Inc.*

4. Katherine Huso
   Ryan Gustafson
   Matovich, Keller & Huso, P.C.
   2812 First Ave N, Ste 225
   P.O. Box 1098

      Billings, MT 59103-1098
*Attorneys for Defendant The National Congress of Employers*
khuso@mkhattorneys.com
rgustafson@mkhattorneys.com


                                  By:   /s/ Robert L. Sterup
                                        Robert L. Sterup