Adrian A. Miller
Michelle M. Sullivan
Sullivan Miller Law
3860 Avenue B
Suite C East
Billings, MT 59102
(406)-403-7066 (phone)
adrian.miller@sullivanmiller.com
michelle.sullivan@sullivanmiller.com

*Counsel for Third-Party Defendant MultiPlan, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER<br><br>    Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br><br>    Defendants,<br><br>UNIFIED LIFE INSURANCE COMPANY AND ALLIED NATIONAL, INC., | Case No. CV 17-50-SPW-TJC<br><br><br><br>**NOTICE OF APPEARANCE** |

> Crossclaimants and Third-Party Claimants,
>
> v.
>
> HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.
>
> Crossclaim Defendants,
>
> and
>
> NATIONAL BROKERS OF AMERICA, INC.,
>
> Crossclaim Defendant,
>
> and
>
> MULTIPLAN, INC.
>
> Third-Party Defendant.

Please take notice that Adrian A. Miller of Sullivan Miller Law PLLC hereby enters her appearance as counsel for MultiPlan, Inc. Pursuant to an agreement with counsel for Unified Life Insurance Company and Allied National, Inc. and Fed. R. Civ. P. 4(d)(3), MultiPlan, Inc. will file its answer to the third-party complaint on or before April 12, 2019.

Dated this 26th day of February, 2019.

                            FOR THIRD-PARTY DEFENDANT
                            MULTIPLAN, INC.

                            */s/ Adrian A. Miller*
                            Adrian A. Miller
                            Michelle M. Sullivan
                            Sullivan Miller Law PLLC
                            3860 Avenue B
                            Suite C East
                            Billings, Montana 59102
                            (406) 403-7066 (phone)
                            (406) 294-5702 (fax)
                            adrian.miller@sullivanmiller.com
                            michelle.sullivan@sullivanmiller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, the foregoing was served by the Clerk of the U.S. District Court of Montana, Billings Division, through the Court's CM/ECF system, which sent a notice of electronic filing to all counsel of record.

*/s/ Adrian A. Miller*
Adrian A. Miller