IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br>　　　　Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, dba Health Insurance Innovations; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br>　　　　Defendants.<br>―――――――――――――――――<br>UNIFIED LIFE INSURANCE COMPANY and ALLIED NATIONAL, INC.,<br>　　　　Crossclaimants and<br>　　　　Third-Party Claimants,<br>vs.<br><br>HEALTHPLANS INTERMEDIARIES HOLDINGS, LLC, dba Health Insurance Innovations; HEALTH INSURANCE INNOVATIONS, INC.<br>　　　　Crossclaim Defendants,<br><br>and<br>NATIONAL BROKERS OF AMERICA, INC.,<br>　　　　Crossclaim Defendant,<br>and | CV 17-50-BLG-SPW-TJC<br><br>**ORDER** |

| | |
|---|---|
| MULTIPLAN, INC., <br>     Third-Party Defendant. <br> _____ <br> MULTIPLAN, INC., <br>     Counterclaimant, <br> vs. <br> UNIFIED LIFE INSURANCE COMPANY and ALLIED NATIONAL INC., <br>     Counterclaim Defendants. | |

Third-Party Defendant MultiPlan, Inc. moves for the admission of Katie Cicardo Mannino to practice before this Court in this case with Adrian A. Miller and Michelle M. Sullivan to act as local counsel. Ms. Mannino's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Katie Cicardo Mannino pro hac vice is GRANTED on the condition that Ms. Mannino shall do her own work. This means that Ms. Mannino must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Mannino, within fifteen (15) days of the date of this Order, files a pleading

acknowledging her admission under the terms set forth above.

DATED this 18th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge