IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHLOE BUTLER<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, doing business as Health Insurance Innovations, doing business as Health Insurance Innovations, Inc.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10<br>      Defendants. | CV 17-50-BLG-SPW-TJC<br><br>ORDER |

Third-Party Defendant Multi-plan, Inc. has filed an unopposed motion to allow counsel to appear at the Motion Hearing by telephone. (Doc. 217.) Good cause appearing, IT IS HEREBY ORDERED that Multi-plan' motion is GRANTED.

Multiplan's counsel, Errol King and Adrian Miller, may appear by telephone at the July 11, 2019 Motion Hearing. Counsel shall use the Court's conferencing system to participate in the hearing:

/ / /

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 3rd day of June, 2019.

                                             _____
                                             TIMOTHY J. CAVAN
                                             United States Magistrate Judge