IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHLOE BUTLER<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, doing business as Health Insurance Innovations, doing business as Health Insurance Innovations, Inc.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10<br>Defendants. | CV 17-50-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL AND REQUIRING UNIFIED/ALLIED TO REFILE REDACTED PLEADING** |

Pending before the Court is Third-Party Defendant Multiplan, Inc.'s Unopposed Motion to Seal the Third-Party Complaint. (Doc. 211.) Good cause appearing, IT IS HEREBY ORDERED that Multiplan's motion is GRANTED. The Clerk shall place Docket No. 184 under seal.

IT IS FURTHER ORDERED that Unified/Allied shall promptly re-file its pleading initially filed at Docket No. 184, with paragraphs 10-13 of the Third-

///

Party Complaint against Multiplan redacted.

DATED this 9th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge