IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHLOE BUTLER<br><br>               Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, doing business as Health Insurance Innovations, doing business as Health Insurance Innovations, Inc.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10<br>               Defendants. | CV 17-50-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Unified Life Insurance Company ("Unified") has filed a motion to stay pending Rule 23(f) appeal. (Doc. 243.) Unified has also requested expediting briefing on the motion due to the October 15, 2019 deadline for the parties to submit a proposed class certification order for the Court's review. (*See* Doc. 241 at 7.)

Good cause appearing, IT IS ORDERED that the October 15, 2019 deadline is VACATED pending resolution of the motion to stay. As such, Unified's request

for expedited briefing is DENIED. Plaintiffs shall respond to the motion for stay in accordance with Local Rule 7.1(d).

DATED this 7th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge