IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHLOE BUTLER<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, doing business as Health Insurance Innovations, doing business as Health Insurance Innovations, Inc.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10<br>Defendants. | CV 17-50-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Unified Life Insurance Company ("Unified") moves for the admission of Joshua B. Frank to practice before this Court in this case with Robert Sterup to act as local counsel. Mr. Frank's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Unified's motion to admit Joshua B. Frank pro hac vice is GRANTED on the condition that Mr. Frank shall do his own work. This means that Mr. Frank must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Frank may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Frank.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Frank, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 6th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge