FILED
NOV 2 5 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br><br>Defendants. | **Cause No. CV 17-50-SPW**<br><br>**ORDER** |

On September 30, 2019, the Court granted the Plaintiffs' motion to certify the class. (Doc. 241). The Court ordered the parties to prepare a proposed class certification order for the Court's review. (Doc. 241 at 7). The Defendants filed a motion to stay the preparation of the proposed class certification order pending their request to appeal the Court's order to the Ninth Circuit. (Doc. 243). The

Ninth Circuit declined the Defendants' request to appeal the Court's order on November 21, 2019. The Court therefore denies as moot the Defendants' request to stay the case and orders the parties to prepare a proposed class certification order for the Court's review within two weeks from the date of this Order.

DATED this 25th day of November, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge