IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNIFIED LIFE INSURANCE COMPANY AND ALLIED NATIONAL, INC., <br><br> Third-Party Claimants, <br><br> vs. <br><br> MULTIPLAN, INC., <br><br> Third-Party Defendant. | CV 17-50-BLG-SPW <br><br><br><br> ORDER |

Upon the parties' Stipulation to File Preliminary Pretrial Statements Under Seal (Doc. 279), and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation of the Parties for leave of Court to file their respective Preliminary Pretrial Statements under seal (Doc. 279) is **GRANTED**. The parties shall file their preliminary pretrial statements under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 30th day of April, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1