FILED

MAY 0 5 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER, | ) Cause No.: CV 17-50-SPW-TJC |
| | ) |
| Plaintiffs, | ) **ORDER GRANTING UNOPPOSED MOTION TO CONVENTIONALLY FILE POTENTIAL CLASS MEMBER LIST UNDER SEAL** |
| vs. | ) |
| UNIFIED LIFE INSURANCE COMPANY; et al. | ) |
| Defendants. | ) |

On May 4, 2020 Defendant, Unified Life Insurance Company filed an Unopposed Motion to File Potential Class Member List Under Seal (Doc. 286). On May 5, 2020, Unified Life Insurance Company filed a second Unopposed Motion to "Conventionally" File the Potential Class Member List Under Seal (via disc) (Doc. 287). Therefore,

**IT IS HEREBY ORDERED** that Defendant, Unified Life Insurance Company's Motion for Leave to File Under Seal (Doc. 286) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Unopposed Motion of Unified Life Insurance Company to conventionally file the names/address of potential class members under seal (via a disc) (Doc. 287) is **GRANTED**.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 5th day of May, 2020.

SUSAN P. WATTERS
U.S. District Court Judge