## In The United States District Court
### for the District of Montana
### Billings Division

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS, HEALTH INSURANCE INNOVATIONS, INC., ALLIED NATIONAL, INC., NATIONAL BROKERS OF AMERICA, INC., THE NATIONAL CONGRESS OF EMPLOYERS, INC., and DOES 1-10,<br><br>Defendants. | **Cause No. CV-17-50-SPW-TJC**<br><br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FINAL CLASS NOTICE LANGUAGE** |

Plaintiffs and Defendants Unified Life Insurance Company jointly move for approval of the final language of the mail and publication notices reading the class action claim in this matter (Doc. 290). The proposed notices are attached to the joint motion as Exhibits 1 and 2. The Court notes that counsel for all parties have been contacted and the motion is not opposed, except that third-party defendant MultiPlan opposes mention of Data iSight by name in the notice. The Court also

1

notes the notices are the same as those already approved by the Court with some

additional detail and minor changes agreed upon by Plaintiffs and Unified,

including the mention of Data iSight.  Therefore,

IT IS HEREBY ORDERED that the Court finds the submitted final notice

accurately reflects the class definition in this Court's certification order (Doc. 274).

Without further objection, the motion is GRANTED, and the notices are approved

for mailing and publication.

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this ___6th___ day of May, 2020.

SUSAN P. WATTERS
United States District Judge

2