IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHLOE BUTLER<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, doing business as Health Insurance Innovations, doing business as Health Insurance Innovations, Inc.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10<br>Defendants. | CV 17-50-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL** |

Pending before the Court is Plaintiff's unopposed motion to file class list under seal and lists of individuals opting out. (Doc. 328). Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiffs shall promptly file its class list and lists of individual opting out under seal pursuant to Local Rule 5.2.

DATED this 31st day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge