IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



NOV 1 2 2020

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER, | ) ) ) ) | Cause No. CV 17-50-SPW-TJC |
| Plaintiffs, | ) ) ) | ORDER GRANTING UNIFIED LIFE INSURANCE CO.'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR CLARIFICATION AND SUPPORTING DOCUMENTS UNDER SEAL |
| vs. | ) ) ) ) | |
| UNIFIED LIFE INSURANCE COMPANY, et al., | ) ) ) ) | |
| Defendants | ) ) ) | |

Upon the Defendant, Unified Life Insurance Co.'s Unopposed Motion for Leave to File Motion to Clarification and Supporting Documents Under Seal (Doc. 341), and for good cause appearing,

**IT IS HEREBY ORDERED** that Unified Life Insurance Co.'s unopposed motion for leave to file its motion for clarification and supporting documents under seal is **GRANTED**.

DATED this 12th day of November 2020.

SUSAN P. WATTERS
U.S. District Court Judge

1