IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>Defendants | Cause No. CV 17-50-SPW-TJC<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

Upon the Defendant, Unified Life Insurance Co.'s Unopposed Motion to File Under Seal (Doc. 363) a Motion for Reconsideration, and for good cause appearing,

**IT IS HEREBY ORDERED** that Unified Life Insurance Co.'s unopposed motion for leave to file its motion for reconsideration and supporting documents under seal is **GRANTED**.

DATED this 8th day of February, 2021.

SUSAN P. WATTERS
U.S. District Court Judge

1