# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants | Cause No. **CV-17-50-BLG-SPW-TJC**<br><br>**ORDER RE PLAINTIFFS' OBJECTION TO UNIFIED'S FILING OF MOTION FOR RECONSIDERATION** |

Before the Court is Plaintiffs' objection (Doc. 367) to Defendants' filing of an unredacted motion for reconsideration with supporting brief (Docs. 365 & 366). Defendants filed this unredacted motion after the Court granted their unopposed motion to file the documents under seal. (Doc. 364). Plaintiffs now object that the unredacted motion was filed prematurely and in violation of Montana Local Rule 7.3.

Local Rule 7.3(a) restricts a party's ability to file a motion for reconsideration without first obtaining leave of the Court to do so. There appears to have been some confusion regarding the extent of the Court's previous order granting Defendants' unopposed motion to file under seal. Although the Court's order was perhaps less than clear, it was the Court's understanding that

1

Defendants would not file their unredacted motion for reconsideration unless the Court granted Defendants leave to file the motion. The Court has not yet had an opportunity to address Defendants' request for leave. Therefore,

**IT IS HEREBY ORDERED** that Plaintiffs' objection is well taken. Defendants' unredacted motion for reconsideration (Docs. 365 & 366) was filed prematurely and must be stricken from the record with leave to re-file if appropriate under Local Rule 7.3.

DATED this 17th day of February, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge