# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br><br>Defendants. | Cause No.: CV 17-50-SPW-TJC<br><br><br><br>**ORDER** |

Upon Defendant Unified Life Insurance Company's Unopposed Motion for Appearance at March 31, 2021 Hearing by Videoconference (Doc. 371), and for good cause appearing,

**IT IS HEREBY ORDERED** that Unified Life Insurance Company's motion for videoconference participation in the March 31, 2021 hearing is **GRANTED.**

1

**FURTHER,** Mr. Joshua Frank shall appear via ZOOM for the hearing on March 31, 2021 at 9:30 a.m. MDT. Mr. Frank will receive the ZOOM information via his e-mail at joshua.frank@bakerbotts.com on Monday, March 29, 2021 from Judge Watters' Chambers.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day of March, 2021.

SUSAN P. WATTERS
U.S. District Court Judge