# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>Defendants,<br><br>v.<br><br>MULTIPLAN, INC.<br><br>Third-Party Defendant. | Case No. CV 17-50-SPW-TJC<br><br>**ORDER** |

Upon the Third-Party Defendant, Multiplan Inc.'s Motion for Appearance at April 28, 2021 Hearing by Videoconference (Doc. 383), and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion of Multiplan, Inc. for leave of Court for videoconference participation in the April 28, 2021 hearing by Errol King is **GRANTED.**  Mr. King shall appear via ZOOM.  Mr. King will receive an

e-mail from Judge Watters' Chambers with the necessary ZOOM information prior to the hearing.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of April, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge