IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>Defendants,<br><br>v.<br><br>MULTIPLAN, INC.<br><br>Third-Party Defendant. | Case No. CV 17-50-SPW-TJC<br><br>**ORDER DENYING MOTION TO APPEAR VIA VIDEO** |

Robert L. Sterup, counsel for Defendant, Unified Life Insurance Company, has filed an unopposed Motion to appear via videoconference for the May 7, 2021 hearing (Doc. 387).

**IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED** pursuant to Administrative Order 21-4 wherein it states that the District of Montana will be moving to Phase IV of its Phased Plan for Resumption of Operations on May 3, 2021. See https://www.mtd.uscourts.gov/ and click on Administrative Order 21-4.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of May, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge