# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>Defendants,<br><br>v.<br><br>MULTIPLAN, INC.<br><br>Third-Party Defendant. | Case No. CV 17-50-SPW-TJC<br><br>**ORDER TO APPEAR VIA VIDEO** |

Pursuant to the Second Unopposed Motion of attorney Robert L. Sterup, counsel for Defendant Unified Life Insurance Company, to appear via videoconference for the May 7, 2021 hearing (Doc. 389), and for good cause shown,

**IT IS HEREBY ORDERED** that attorney Robert L. Sterup, may attend the May 7, 2021 hearing via videoconference. The ZOOM call-in information will be e-mailed to Mr. Sterup at rsterup@brownfirm.com from chambers.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of May, 2021.

SUSAN P. WATTERS
U.S. District Court Judge