IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY; HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS; HEALTH INSURANCE INNOVATIONS, INC.; ALLIED NATIONAL, INC.; NATIONAL BROKERS OF AMERICA, INC.; THE NATIONAL CONGRESS OF EMPLOYERS, INC.; and DOES 1-10,<br><br>Defendants. | Cause No.: CV 17-50-SPW-TJC<br><br>**ORDER TO RESET MAY 7, 2021 HEARING AND GRANTING LEAVE FOR APPEARANCE BY REMOTE MEANS** |

Pursuant to the parties' Stipulation and Joint Motion to Reset May 7, 2021 Hearing (Doc. 394), and for good cause appearing,

**IT IS HEREBY ORDERED** that the hearing set for May 7, 2021 at 9:30 a.m. is **VACATED** and **RESET** for **Friday, May 14, 2021**, at **9:30 a.m.** in the Snowy Mountain Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana. Joshua Frank, counsel for Unified Life Insurance, and Errol King, counsel for Multiplan, Inc., are granted leave to appear by remote means. Mr.

1

Frank and Mr. King will receive an e-mail from Judge Watters' Chambers on Monday, May 10, 2021 with the ZOOM call-in information.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of May, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. District Court Judge