IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, et. al.,<br><br>v.<br><br>Defendants.<br><br>v.<br><br>MULTI-PLAN, INC.<br><br>Third-Party Defendant. | Cause No. CV-17-50-SPW-TJC<br><br><br><br>**ORDER FOR LEAVE TO APPEAR VIA VIDEO** |

    Plaintiff's counsel, Scott Peterson, has moved to appear at the May 14, 2021 hearing at 9:30 am in this matter via Zoom (Doc. 397). He represents lead counsel for Plaintiffs, John Morrison, will appear in person and will be handling the hearing for Plaintiff. The motion is unopposed.

1

**IT IS HEREBY ORDERED** that attorney Scott Peterson, may attend the May 14, 2021 hearing via video conference. The ZOOM call-in information will be emailed to Mr. Peterson at speterson@mswdlaw.com from chambers.

The clerk of court is directed to notify the parties of the making of this Order.

DATED this 13th day of May, 2021.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE