IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNIFIED LIFE INSURANCE COMPANY and ALLIED NATIONAL, INC., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> MULTIPLAN, INC. <br><br> Third-Party Defendants. | CV 17-50-BLG-SPW-TJC <br><br> **ORDER** |

The parties have submitted a Joint Status Report indicating the class action settlement in the main case is currently proceeding toward possible final resolution, and therefore, they request additional time to address the scheduling and disposition of the third party case. (Doc. 405.) Accordingly, IT IS HEREBY ORDERED that the parties to the third party case shall provide a Joint Status Report by **September 3, 2021**.

DATED this 20th day of July, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge