| | |
|---|---|
| John M. Morrison | Joshua B. Frank |
| Scott Peterson | BAKER BOTTS L.L.P. |
| MORRISON SHERWOOD WILSON DEOLA, PLLP | 700 K St., NW |
| 401 North Last Chance Gulch | Washington, D.C., 20001 |
| P.O. Box 557 | (202) 639-7748 |
| Helena, Montana 59624-0557 | (202) 585-1021 facsimile |
| (406) 442-3261 | joshua.frank@bakerbotts.com |
| (406) 443-7294 facsimile | |
| john@mswdlaw.com | *Attorney for Defendant* |
| speterson@mswdlaw.com | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III,<br><br>Plaintiff,<br>on behalf of the<br>Class Members,<br><br>vs.<br><br>UNIFIED LIFE INSURANCE COMPANY<br><br>Defendant. | Case No. CV 17-50-BLG-SPW<br><br>**JOINT MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT ESCROW AGENT** |

Unified Life Insurance Company and Class Counsel, on behalf of the Class Members, (collectively, the "Parties") hereby move for an order (i) establishing a Qualified Settlement Fund pursuant to Internal Revenue Code 468B and Treasury Regulations 1.468B-1 et. seq., and (ii) appointing KCC, LLC ("KCC") as the escrow agent for the Qualified Settlement Fund. In support of this motion, the Parties state as

follows:

1. On July 26, 2021, the Parties filed a proposed class action Settlement Agreement along with a Joint Brief in Support of Motion for Preliminary Approval of Class Action Settlement.

2. On July 30, 2021, the Court issued an order granting the Motion, preliminarily approving the Settlement Agreement and Distribution Protocol subject to further consideration at the Fairness Hearing. The Court also directed the issuance of Class Notice.

3. Section 5.1 of the Settlement Agreement states that KCC shall serve as the Settlement Administrator. Section 5.2 of the Settlement Agreement includes among the duties of the Settlement Administrator the establishment and management of necessary bank accounts and trusts. Likewise, Section 4.2.1 of the Settlement Agreement requires the Settlement Administrator (i.e., KCC) to establish an escrow account to hold the Settlement Fund, to be managed by the Settlement Administrator.

4. As relevant to this Motion, Section 4.4 of the Settlement Agreement provides that the Settlement Administrator shall maintain the Settlement Fund as a Qualified Settlement Fund within the meaning of and defined in Section 468B of the Internal Revenue Code and the IRS regulations promulgated thereunder.

5. This Court has jurisdiction over this matter under Treas. Reg. Section 1.468B-1(c)(1), which provides in relevant part that a Qualified Settlement Fund "is established pursuant to an order of, or is approved by, the United States, any state ...

or any agency or instrumentality (including a court of law) ... and is subject to the continuing jurisdiction of that governmental authority."

6. The Parties request that the Court order the establishment of a Qualified Settlement Fund as provided in the Settlement Agreement.

7. Treas. Reg. Section 1.468B-1(c), 26 C.F.R. § 1.468B-1(c), sets forth the requirements for a Qualified Settlement Fund. As noted above, Treas. Reg. Section 1.468B-1(c)(1) requires establishment of the fund pursuant to an order, or approval, of an instrumentality of the United States, including a court of law, which is the purpose of this Motion. The remaining requirements, set forth in Treas. Reg. Section 1.468B-1(c)(2) & (3), also are satisfied here. Specifically, consistent with Treas. Reg. Section 1.468B-1(c)(2) & (3), the Settlement Fund is "established to resolve or satisfy one or more contested or uncontested claims that have resulted or may result from an event (or related series of events) that has occurred and that has given rise to at least one claim asserting liability . . . [a]rising out of a tort, breach of contract, or violation of law," and the assets of the fund will be "segregated from other assets of the transferor[s] (and related persons)."

8. KCC has the qualifications and experience necessary to perform the duties as escrow agent of the Qualified Settlement Fund. KCC has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance, and consumer issues. KCC

has administered over 7,200 class action matters and handled thousands of distribution engagements in other contexts. KCC's call centers handle 13.9 million calls each year and KCC has domestic infrastructure that can process approximately 200,000 claims each day. KCC also has the capability to print and mail millions of documents annually. Last year, KCC's disbursement services team distributed more than $1.6 billion across 4 million class payments.

9. KCC plans to hold the Settlement Fund at Bank of America. Bank of America is a nationwide bank headquartered in North Carolina that operates in every U.S. state.

The Parties respectfully request that the Court enter an Order, a proposed form of which is submitted to the Court:

1. Ordering the establishment of a Qualified Settlement Fund within the meaning of section 468B of the Internal Revenue Code and Treasury Regulation section 1.468B-1, et seq. and approving, finding and holding that the Settlement Fund is a Qualified Settlement Fund pursuant to the Settlement Agreement;

2. Retaining continuing jurisdiction over the Settlement Fund; and

3. Appointing KCC to serve as escrow agent.

Dated this 9th day of August 2021.

                                                Respectfully submitted,

/s/ John Morrison
John M. Morrison
Scott Peterson
MORRISON SHERWOOD WILSON DEOLA PLLP
*Attorneys for Plaintiffs*

/s/ Joshua Frank
Joshua B. Frank
BAKER BOTTS L.L.P.
*Attorney for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 7.1(d)(2)(E) of the Montana Federal Local Rules of Procedure, I certify that the foregoing document is printed with a proportionately spaced Times New Roman text typeface of 14 points; is double spaced; and the word count calculated by Microsoft Word is 723 excluding caption, certificate of compliance and certificate of service.

Dated this 9th day of August 2021.

                                      By:   /s/ John Morrison
                                                John M. Morrison
                                                Scott Peterson
                                                MORRISON SHERWOOD WILSON DEOLA PLLP
                                                *Attorneys for Plaintiff*