John M. Morrison
Scott Peterson
MORRISON SHERWOOD WILSON
DEOLA, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, Montana 59624-0557
(406) 442-3261
(406) 443-7294 facsimile
john@mswdlaw.com
speterson@mswdlaw.com

*Attorneys for Plaintiff*

Joshua B. Frank
BAKER BOTTS L.L.P.
700 K St., NW
Washington, D.C., 20001
(202) 639-7748
(202) 585-1021 facsimile
joshua.frank@bakerbotts.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III,<br><br>   Plaintiff, on behalf of the Class<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY,<br><br>   Defendant. | **Cause No. CV 17-50-SPW-TJC**<br><br>**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Charles M. Butler, III, as Class Representative, ("Plaintiff") and Unified Life Insurance Company ("Defendant") (each a "Party" and collectively the "Parties") hereby move the Court for the entry of an Order granting final approval of the Settlement Agreement, attached as Exhibit A to the brief in support of this motion.

DATED this 28th day of October 2021.

By:   /s/ John M. Morrison
      John M. Morrison
      Scott Peterson
      MORRISON SHERWOOD WILSON DEOLA PLLP
      *Attorneys for Plaintiffs*

By:   /s/ Joshua B. Frank
      Joshua B. Frank
      BAKER BOTTS L.L.P.
      *Attorney for Defendant*