IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III, and CHOLE BUTLER,<br><br>  Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>  Defendants,<br><br>v.<br><br>MULTIPLAN, INC.<br><br>  Third-Party Defendant. | Case No. CV 17-50-SPW-TJC<br><br>**ORDER** |

Upon Third-Party Defendant and Counterclaimant MultiPlan, Inc.'s Unopposed Motion for Appearance at Final Approval Hearing by Telephone or Videoconference (Doc. 422), and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion of Multiplan, Inc. for leave of Court for telephonic or videoconference participation in the November 18, 2021 hearing by Errol King is **GRANTED.**

1

The ZOOM video conferencing information will be e-mailed from Chambers to Mr. King prior to the hearing.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of November, 2021.

SUSAN P. WATTERS
U.S. District Court Judge