IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III,<br><br>Plaintiff, on behalf of the Class<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY,<br><br>Defendant. | Cause No. CV 17-50-SPW-TJC<br><br>**ORDER GRANTING PARTIES' LEAVE TO APPEAR REMOTELY AT THE NOVEMBER 18, 2021 HEARING** |

The parties have jointly moved this Court to appear remotely for the November 18, 2021 hearing (Doc. 424). They represent that none of the 28,000 class members have objected to the settlement, nor has any member filed notice to be heard at the November 18 hearing. The parties also represent that they have made their arguments supporting settlement through their written submissions, so they anticipate that any presentations during the hearing will be brief. Despite the hearing's expected brevity, counsel for both parties would have to incur substantial travel time and expenses to attend in person. For good cause appearing,

1

IT IS HEREBY ORDERED that counsel for the parties are granted leave to appear via video at the November 18, 2021 Fairness Hearing. The ZOOM conferencing information will be e-mailed from Chambers to the parties on Friday, November 12, 2021.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 10th day of November, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE