IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNIFIED LIFE INSURANCE COMPANY, et al., <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> MULTIPLAN, INC., <br><br> Third-Party Defendant. | CV 17-50-SPW-TJC <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 428), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 4th day of January, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE