IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | **Cause No. CV 17-50-BLG-SPW-TJC**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF CLASS ACTION CLAIMS** |

Pursuant to Plaintiff Charles Butler, III and Defendant Unified Life Insurance Company's Stipulation for Dismissal (Doc. 430) of the class action claims in the above referenced matter, by and through their respective counsel of record, and for good cause appearing,

IT IS HEREBY ORDERED that the class action claims are DISMISSED WITH PREJUDICE as fully settled upon its merits pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party will bear its own costs, except as otherwise provided in the Settlement Agreement.

DATED this 14th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1